| Employee | Location | Check Date |
|---|---|---|
| 7 | 100 | 3/15/11 |
| | Department | Pay Period |
| | 200 | 3/1/11 - 3/15/11 |
| Check No. | Soc. Sec. No. | Fed/St Status |
| Dir Dep | ***-**-2651 | M1/M1 |

## EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | | | 172500 | 862500 |
| **TOTAL EARNINGS** | | | **172500** | **862500** |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Soc. Sec. | 7119 | 35595 |
| Medicare | 2458 | 12290 |
| CA SDI | 2034 | 10170 |
| Federal | 12758 | 73042 |
| CA SWT | 2032 | 11976 |
| 401k | 12500 | 62500 |
| S125 Med | 3000 | 15000 |
| 401k Loan | 10930 | 54650 |
| **TOTAL DEDUCTIONS** | **52831** | **275223** |
| **NET PAY** | **119669** | **587277** |

Natalie Duran-Reis - 2243 1/2 Aaron Street  Los Angeles  CA 90026
View Online at: https://www.ePayrollPortal.com

Ovation
Payroll

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**Dissinger Associates**
Plan Administration & Design Inc.
6500 Wilshire Blvd Ste 1260
Los Angeles, CA 90048

**Natalie Duran-Reis**
2243 1/2 Aaron Street
Los Angeles, CA  90026
19711  100/200  7   7  11

### Direct Deposit Summary

| Bank Name | Account No. | Type | Amount |
|---|---|---|---|
| | ****0335 | CHK | 119669 |
| Total Direct Deposit | 3/15/2011 | | 119669 |

| Employee | Location | Check Date |
|---|---|---|
| 7 | 100 | 2/28/11 |
| | **Department** | **Pay Period** |
| | 200 | 2/16/11 - 2/28/11 |
| **Check No.** | **Soc. Sec. No.** | **Fed/St Status** |
| Dir Dep | ***-**-2651 | M0/M0 |

| EARNINGS | | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YTD | | DESCRIPTION | CURRENT | YTD |
| Salary | | | 172500 | 690000 | | Soc. Sec. | 7119 | 28476 |
| | | | | | | Medicare | 2458 | 9832 |
| | | | | | | CA SDI | 2034 | 8136 |
| | | | | | | Federal | 15071 | 60284 |
| | | | | | | CA SWT | 2486 | 9944 |
| | | | | | | 401k | 12500 | 50000 |
| | | | | | | S125 Med | 3000 | 12000 |
| | | | | | | 401k Loan | 10930 | 43720 |
| **TOTAL EARNINGS** | | | 172500 | 690000 | | **TOTAL DEDUCTIONS** | 55598 | 222392 |
| | | | | | | **NET PAY** | 116902 | 467608 |

Natalie Duran-Reis - 2243 1/2 Aaron Street   Los Angeles  CA 90026
View Online at: https://www.ePayrollPortal.com

Ovation
Payroll

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**Dissinger Associates**
Plan Administration & Design, Inc.
6500 Wilshire Blvd Ste 1260
Los Angeles, CA 90048

**Natalie Duran-Reis**
2243 1/2 Aaron Street
Los Angeles, CA  90026
19711   100/200   7   7   12

### Direct Deposit Summary

| Bank Name | Account No. | Type | Amount |
|---|---|---|---|
| | ****0335 | CHK | 116902 |
| Total Direct Deposit | 2/28/2011 | | 116902 |

| Employee | Location | Check Date |
|---|---|---|
| 7 | 100 | 2/15/2011 |
| | **Department** | **Pay Period** |
| | 200 | 2/1/11 - 2/15/11 |
| **Check No.** | **Soc. Sec. No.** | **Fed/St Status** |
| Dir Dep | ***-**-2651 | M0/M0 |

## EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | | | 1725.00 | 5175.00 |
| **TOTAL EARNINGS** | | | 1725.00 | 5175.00 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Soc. Sec. | 71.19 | 213.57 |
| Medicare | 24.58 | 73.74 |
| CA SDI | 20.34 | 61.02 |
| Federal | 150.71 | 452.13 |
| CA SWT | 24.86 | 74.58 |
| 401k | 125.00 | 375.00 |
| S125 Med | 30.00 | 90.00 |
| 401k Loan | 109.30 | 327.90 |
| **TOTAL DEDUCTIONS** | 555.98 | 1667.94 |
| **NET PAY** | 1169.02 | 3507.06 |

Natalie Duran-Reis - 2243 1/2 Aaron Street  Los Angeles  CA 90026
View Online at: https://www.ePayrollPortal.com

Ovation
Payroll

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**Dissinger Associates**
Plan Administration & Design Inc.
6500 Wilshire Blvd Ste 1260
Los Angeles, CA 90048

**Natalie Duran-Reis**
2243 1/2 Aaron Street
Los Angeles, CA  90026
19711  100/200  7   7  12

### Direct Deposit Summary

| Bank Name | Account No. | Type | Amount |
|---|---|---|---|
| | ****0335 | CHK | 1169.02 |
| Total Direct Deposit | 2/15/2011 | | 1169.02 |

Dissinger Associates - Plan Administration & Design Inc. 6500 Wilshire Blvd Ste 1260 Los Angeles, CA 90048

| Employee | Location | Check Date | | | |
|---|---|---|---|---|---|
| 7 | 02 | 01/31/11 | | | |
| | Department | Pay Period | | | |
| | 200 | 1/16/11 - 1/31/11 | | | |
| Check No. | Soc. Sec. No. | Fed/St Status | | | |
| Dir Dep | ***-**-2651 | M0/M0 | | | |

| EARNINGS | | | | | | TAXES AND DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | CURRENT | YTD | | DESCRIPTION | CURRENT | YTD |
| Salary | | | 172500 | 345000 | | Soc. Sec. | 7119 | 14238 |
| | | | | | | Medicare | 2458 | 4916 |
| | | | | | | CA SDI | 2034 | 4068 |
| | | | | | | Federal | 15071 | 30142 |
| | | | | | | CA SWT | 2486 | 4972 |
| | | | | | | 401k | 12500 | 25000 |
| | | | | | | S125 Med | 3000 | 6000 |
| | | | | | | 401k Loan | 10930 | 21860 |
| TOTAL EARNINGS | | | 172500 | 345000 | | TOTAL DEDUCTIONS | 55598 | 111196 |
| | | | | | | NET PAY | 116902 | 233804 |

Natalie Duran-Reis - 2243 1/2 Aaron Street  Los Angeles  CA 90026
View Online at: https://www.ePayrollPortal.com



Ovation Payroll

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**Dissinger Associates**
Plan Administration & Design Inc.
6500 Wilshire Blvd Ste 1260
Los Angeles, CA 90048

**Natalie Duran-Reis**
2243 1/2 Aaron Street
Los Angeles, CA  90026
19711  100/200  7   8  13

| Direct Deposit Summary | | | |
|---|---|---|---|
| Bank Name | Account No. | Type | Amount |
| | ****0335 | CHK | 116902 |
| Total Direct Deposit | 1/31/2011 | | 116902 |

| Employee | Location | Check Date | | |
|---|---|---|---|---|
| 7 | 100 | 1/14/2011 | | |
| | Department | Pay Period | | |
| | 200 | 1/1/11 - 1/15/11 | | |
| Check No. | Soc. Sec. No. | Fed/St Status | | |
| Dir Dep | ***-**-2651 | M0/M0 | | |

## EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|
| Salary | | | 172500 | 172500 |
| **TOTAL EARNINGS** | | | 172500 | 172500 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| Soc. Sec. | 7119 | 7119 |
| Medicare | 2458 | 2458 |
| CA SDI | 2034 | 2034 |
| Federal | 15071 | 15071 |
| CA SWT | 2486 | 2486 |
| 401k | 12500 | 12500 |
| S125 Med | 3000 | 3000 |
| 401k Loan | 10930 | 10930 |
| **TOTAL DEDUCTIONS** | 55598 | 55598 |
| **NET PAY** | 116902 | 116902 |

Natalie Duran-Reis - 2243 1/2 Aaron Street   Los Angeles  CA 90026
View Online at: https://www.ePayrollPortal.com

Ovation Payroll

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**Dissinger Associates**
Plan Administration & Design Inc.
6500 Wilshire Blvd Ste 1260
Los Angeles, CA 90048

**Natalie Duran-Reis**
2243 1/2 Aaron Street
Los Angeles, CA  90026
19711  100/200  7   7   12

### Direct Deposit Summary

| Bank Name | Account No. | Type | Amount |
|---|---|---|---|
| | ****0335 | CHK | 116902 |
| Total Direct Deposit | 1/14/2011 | | 116902 |